UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
:
AMERICAN EMPIRE SURPLUS LINES : **ORDER**
INSURANCE COMPANY, :
: 20 Civ. 10703 (AKH)
                       Plaintiff, :
:
   v. :
:
:
APS CONTRACTORS INC., :
:
                      Defendant. :
:
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        In light of the current unpredictability of timely mail deliveries, the Court is unwilling to accept proof of service on the New York Secretary of State, as proof that Defendant actually received notice of the lawsuit. Plaintiff has had prior relations with counsel for Defendant, and shall, by email and telephone communication, advise Defendant of the pending motion for default judgment. If, within a week of filed proof of such communication, Defendant does not respond, a default judgment will issue.

        SO ORDERED.

Dated:     March 5, 2021            _____/s/_____
            New York, New York      ALVIN K. HELLERSTEIN
                                          United States District Judge